HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

Hu Honua Bioenergy, LLC

_____
*Plaintiff*

v.

Hawaiian Electric Industries, Inc., et al.,

_____
*Defendant*

Case No. 1:16-CV-00634-JMS-KJM

## MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | Kenneth R. O'Rourke |
| Firm Name: | O'Melveny & Myers LLP |
| Firm Address: | 400 South Hope Street, 1800<br>Los Angeles, CA 90071 |
| Attorney CM/ECF Primary email address: | korourke@omm.com |
| Firm Telephone: | (213) 430-6000 |
| Firm Fax: | (213) 430-6407 |
| Party Represented: | NextEra Energy, Inc., a Florida corporation |
| Name/Address of Local Counsel | Paul Alston<br>Alston Hunt Floyd & Ing<br>1001 Bishop Street, Suite 1800, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

February 16, 2017
Dated:

[Signature]
Signature*

Kenneth R. O'Rourke
(Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.