HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| HO HONUA BIOENERGY, LLC. <br><br> _Plaintiff_ <br><br> v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., et al., <br><br> _Defendant_ | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:16-CV-00634-JMS-KJM |

## MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | Raul A. Campillo |
| Firm Name: | O'Melveny & Myers LLP |
| Firm Address: | 400 S. Hope Street <br> Los Angeles, CA 90071 |
| Attorney CM/ECF Primary email address: | rcampillo@omm.com |
| Firm Telephone: | 213-430-6000      Firm Fax: 213-430-6407 |
| Party Represented: | NextEra Energy, Inc., a Florida Corporation |
| Name/Address of Local Counsel | Paul Alston <br> Alston Hunt Floyd & Ing <br> 1001 Bishop Street, Suite 1800, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

| 2/21/2017 | _/s/ Raul A. Campillo_ | Raul A. Campillo |
|---|---|---|
| Dated: | Signature* | (Print name if original signature) |

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.