IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>   vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, INC., a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>          Defendants. | Civil No. 16-00634 JMS-KJM |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

981577v1

**Served Electronically through CM/ECF on February 21, 2017:**

| | |
|---|---|
| **MARGERY S. BRONSTER, ESQ.** | mbronster@bfrhawaii.com |
| **REX Y. FUJICHAKU, ESQ.** | rfujichaku@bfrhawaii.com |
| **KELLY A. HIGA, ESQ.** | khiga@bfrhawaii.com |

1003 Bishop Street, Suite 2300
Honolulu, Hawai`i  96813

    and

MANATT, PHELPS & PHILLIPS, LLP
**STEPHEN S. MAYNE, ESQ.**    smayne@manatt.com
*[Pro Hac Vice Pending]*    bwlee@manatt.com
**BARRY W. LEE, ESQ.**    cbaker@manatt.com
*[Pro Hac Vice Pending]*
**CHRISTIAN E. BAKER**
*[Pro Hac Vice Pending]*
One Embarcadero Center, 30th Floor
San Francisco, CA   94111

Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC

**DAVID M. LOUIE, ESQ.**    dml@ksglaw.com
**JOSEPH A. STEWART, ESQ.**    jas@ksglaw.com
**NICHOLAS R. MONLUX, ESQ.**    nrm@ksglaw.com
**AARON R. MUN, ESQ.**    arm@ksglaw.com
Kobayashi Sugita & Goda, LLP
999 Bishop Street, Suite 2600
Honolulu, Hawai`i  96813

    and

**COREY W. ROUSH, ESQ.**    croush@akingump.com
**DAVID A. APPLEBAUM, ESQ.**    dapplebaum@akingump.com
**C. FAIRLEY SPILLMAN, ESQ.**    fspillman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC   20036-1564

Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIEDS, INC., HAWAIIAN ELECTRIC COMPANY, and HAWAII ELECTRIC LIGHT COMPANY, INC.

**STEVEN M. EGESDAL, ESQ.**      segesdal@carlsmith.com
Carlsmith Ball LLP
1001 Bishop Street, Suite 2100
Honolulu, Hawai`i  96813

Attorney for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

**Served by First Class Mail on February 21, 2017:**

**RICHARD SNYDER, ESQ.**
Freshfields Bruckhaus Deringer
700 1eth Street, NW 10th Floor
Washington, DC   20005-3960

Attorney for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

   DATED: Honolulu, Hawai`i, February 21, 2017.


          /s/ Paul Alston
          PAUL ALSTON

          Attorney for Defendant
          NEXTERA ENERGY INC.