# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HO HONUA BIOENERGY, LLC. | Case. No. 1:16-CV-00634-JMS-KJM |
| Plaintiff, | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Raul A. Campillo |
| vs. | |
| HAWAIIAN ELECTRIC INDUSTRIES, INC., et al., | |
| Defendant. | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Raul A. Campillo to Appear Pro Hac Vice.

| Name of Attorney: | Raul A. Campillo |
|---|---|
| Firm Name: | O'Melveny & Myers LLP |
| Firm Address: | 400 S. Hope Street<br>Los Angeles, CA 90071 |
| Attorney CM/ECF Primary email address: | rcampillo@omm.com |
| Firm Telephone: | 213-430-6000 |
| Party Represented | NextEra Energy Resources, LLC |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 21, 2017



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge