IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hu Honua Bioenergy, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Hawaiian Electric Industries, Inc.<br><br>Defendant. | Case. No. 1:16-CV-00634-JMS-KJM<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br>James Pearl |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of James Pearl to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | James Pearl |
| Firm Name: | O'Melveny & Myers LLP |
| Firm Address: | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067-6035 |
| Attorney CM/ECF Primary email address: | jpearl@omm.com |
| Firm Telephone: | (310) 246-8434 |
| Party Represented | NextEra Energy Resources, LLC |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 21, 2017



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge