IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Hu Honua Bioenergy, LLC | ) | Case. No. 1:16-CV-00634-JMS-KJM |
| | ) | |
| | ) | ORDER GRANTING MOTION TO |
| Plaintiff, | ) | APPEAR PRO HAC VICE AS TO |
| | ) | Sarah A. Pfeiffer |
| vs. | ) | |
| | ) | |
| Hawaiian Electric Industries, Inc. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Sarah A. Pfeiffer to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Sarah A. Pfeiffer |
| Firm Name: | O'Melveny & Myers LLP |
| Firm Address: | 610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660 |
| Attorney CM/ECF Primary email address: | spfeiffer@omm.com |
| Firm Telephone: | (949) 760-9600 |
| Party Represented | NextEra Energy Resources, LLC |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 21, 2017



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge