IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Hu Honua Bioenergy, LLC, | ) | Case. No. 1:16-CV-00634-JMS-KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Kenneth R. O'Rourke |
| vs. | ) | |
| Hawaiian Electric Industries, Inc., et al., | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Kenneth R. O'Rourke to Appear Pro Hac Vice.

| Name of Attorney: | Kenneth R. O'Rourke |
| Firm Name: | O'Melveny & Myers LLP |
| Firm Address: | 400 South Hope Street, Suite 1800<br>Los Angeles, CA 90071 |
| Attorney CM/ECF Primary email address: | korourke@omm.com |
| Firm Telephone: | (213) 430-6000 |
| Party Represented | NextEra Energy, Inc., a Florida corporation |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 23, 2017



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge