HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

HU HONUA BIOENERGY, LLC, a Delaware limited liability company,

*Plaintiff*

v.

HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaiian corporation, et al.

*Defendant*

Case No. 16-cv-00634

## MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | Stephen S. Mayne |
| Firm Name: | Manatt, Phelps & Phillips, LLP |
| Firm Address: | One Embarcadero Center, 30th FL |
| Attorney CM/ECF Primary email address: | smayne@manatt.com |
| Firm Telephone: | (415) 291-7400    Firm Fax: (415) 291-7474 |
| Party Represented: | Hu Honua Bioenergy, LLC |
| Name/Address of Local Counsel | Rex Y. Fujichaku, Bronster Fujichaku Robbins<br>1003 Bishop Street, #2300<br>Honolulu, HI  96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

2/28/2017            /s/ Rex Y. Fujichaku

Dated:                Signature*                (Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.