IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC. a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>        Defendants. | CIVIL NO. 16-00634 JMS-KJM<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| DAVID M. LOUIE, ESQ. | dml@ksglaw.com |
| JOSEPH A. STEWART, ESQ. | jas@ksglaw.com |
| NICHOLAS R. MONLUX, ESQ. | nrm@ksglaw.com |
| AARON R. MUN, ESQ. | arm@ksglaw.com |

Kobayashi Sugita & Goda, LLP
999 Bishop Street, Suite 2600
Honolulu, HI 96813

    (and)

| | |
|---|---|
| C. FAIRLEY SPILLMAN, ESQ. | fspillman@akingump.com |
| DAVID A. APPLEBAUM, ESQ. | dapplebaum@akingump.com |
| COREY W. ROUSH, ESQ. | croush@akingump.com |

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, and HAWAII ELECTRIC LIGHT COMPANY, INC.

| | |
|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com |

Alston Hunt Floyd & Ing
1001 Bishop Street, Suite 1800
Honolulu, HI 96813

    (and)

| | |
|---|---|
| RAUL A. CAMPILLO, ESQ. | rcampillo@omm.com |
| JAMES PEARL, ESQ. | jpearl@omm.com |
| SARAH A. PFEIFFER, ESQ. | spfeiffer@omm.com |
| KENNETH R. O'ROURKE, ESQ. | korourke@omm.com |

O'Melveny & Myers LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071-2899

Attorneys for Defendant
NEXTERA ENERGY, INC.

STEVEN M. EGESDAL, ESQ.          segesdal@carlsmith.com
Carlsmith Ball LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813

Attorney for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

DATED: Honolulu, Hawaiʻi, February 28, 2017.

    /s/ Rex Y. Fujichaku
MARGERY S. BRONSTER
REX Y. FUJICHAKU
KELLY A. HIGA
Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC

3