IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., et al.,<br><br>Defendants. | CIVIL NO. 16-00634 JMS-KJM<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO STEPHEN S. MAYNE |

## **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

The Court GRANTS the Motion of STEPHEN S. MAYNE to

Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Stephen S. Mayne |
| Firm Name: | Manatt, Phelps & Phillips, LLP |
| Firm Address: | One Embarcadero Center, 30th FL |
| Attorney CM/ECF Primary email address: | smayne@manatt.com |
| Firm Telephone: | (415) 291-7400 |
| Party Represented | Hu Honua Bioenergy, LLC |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 3, 2017.



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge