HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

HU HONUA BIOENERGY, LLC, a Delaware limited liability company, )
)
)
_____ )   Case No. 16-00634 JMS-KJM
*Plaintiff* )
)
v. )
HAWAIIAN ELECTRIC INDUSTRIES, INC., et al )
)
_____ )
*Defendant* )
_____ )

## MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| Name of Attorney: | Richard Sutton Snyder, Sr. | |
|---|---|---|
| Firm Name: | Freshfields Bruckhaus Deringer US LLP | |
| Firm Address: | 700 13th Street, NW; 10th Floor<br>Washington, DC 20005 | |
| Attorney CM/ECF Primary email address: | richard.snyder@freshfields.com | |
| Firm Telephone: | 2027774565 | Firm Fax: 2027774555 |
| Party Represented: | Hamakua Energy Partners, L.P. | |
| Name/Address of Local Counsel | Carlsmith Ball LLP<br>1001 Bishop Street, Suite 2100<br>Honolulu, HI 96813 | |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

3/3/2017
Dated:          Signature*          Richard Sutton Snyder, Sr
                                    (Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.