IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., et al <br><br> Defendant. | Case. No. 16-00634 JMS-KJM <br><br> ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Richard Sutton Snyder, Sr. |

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Richard Sutton Snyder, Sr. to Appear Pro Hac Vice.

| Name of Attorney: | Richard Sutton Snyder, Sr. |
|---|---|
| Firm Name: | Freshfields Bruckhaus Deringer US LLP |
| Firm Address: | 700 13th Street, NW; 10th Floor <br> Washington, DC 20005 |
| Attorney CM/ECF Primary email address: | richard.snyder@freshfields.com |
| Firm Telephone: | 2027774565 |
| Party Represented | Hamakua Energy Partners, L.P. |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____