CARLSMITH BALL LLP

STEVEN M. EGESDAL          4511
JOYCE TAM-SUGIYAMA     10325
ASB Tower, Suite 2100
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
segesdal@carlsmith.com
jtam@carlsmith.com

RICHARD SUTTON SNYDER, SR.
(Admitted *Pro Hac Vice*)
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel No. 202.777-4565
Fax No. 202.777-4555
richard.snyder@freshfields.com

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company, | CIVIL NO. 16-00634 JMS-KJM |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE |
| vs. | |
| HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC. a Hawaii | No Trial Date Set |

corporation; NEXTERA ENERGY,
INC., a Florida corporation;
HAMAKUA ENERGY PARTNERS,
L.P., a Hawaii limited partnership,

                     Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that attorney, JOYCE TAM-SUGIYAMA OF

Carlsmith Ball LLP, hereby enters her appearance as counsel for Defendant

HAMAKUA ENERGY PARTNERS, L.P. ("**HEP**") and requests that all notices

given or required to be given and all papers served or required to be served in this

case, be given to and served to:

> JOYCE W. TAM-SUGIYAMA, ESQ.
> Carlsmith Ball LLP
> 1001 Bishop Street, Suite 2100
> Honolulu, Hawaii 96813
> Telephone No. (808) 523-2400
> Facsimile No. (808) 523-0842
> jtam@carlsmith.com

Steven M. Egesdal, Esq. of Carlsmith Ball LLP and Richard S. Snyder, Sr.

of Freshfields Bruckhaus Deringer US LLP shall continue as co-counsel of record

for HEP.

DATED:  Honolulu, Hawaiʻi, March 10, 2017.


*/s/ Joyce Tam-Sugiyama*
STEVEN M. EGESDAL
JOYCE TAM-SUGIYAMA

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS, L.P.