IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC. a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>　　　　　Defendants. | CIVIL NO. 16-00634 JMS-KJM<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that on this date, a copy of the foregoing document was duly served on the following parties via CM/ECF:

　　MARGERY S. BRONSTER, ESQ.
　　REX Y. FUJICHAKU, ESQ.
　　KELLY A. HIGA, ESQ.
　　Bronster Fujichaku Robbins
　　1003 Bishop Street, Suite 2300
　　Honolulu, Hawaii 96813
　　mbronster@bfrhawaii.com
　　rfujichaku@bfrhawaii.com
　　khiga@bfrhawaii.com

4829-2038-0741.1

CHRISTIANE E. BAKER, ESQ. *(admitted Pro Hac Vice)*
BARRY W. LEE, ESQ. *(admitted Pro Hac Vice)*
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
cbaker@manatt.com
bwlee@manatt.com

    Attorneys for Plaintiff
    HU HONUA BIOENERGY, LLC

DAVID M. LOUIE, ESQ.
JOSEPH A. STEWARD, ESQ.
NICHOLAS R. MONLUX, ESQ.
AARON R. MUN, ESQ.
Kobayashi Sugita & Goda, LLP
First Hawaiian Center, Suite 2600
Honolulu, Hawaii 96813
dml@ksglaw.com
jas@ksglaw.com
nrm@ksglaw.com
arm@ksglaw.com

C. FAIRLEY SPILLMAN, ESQ. *(admitted Pro Hac Vice)*
DAVID A. APPLEBAUM, ESQ. *(admitted Pro Hac Vice)*
COREY W. ROUSH, ESQ. *(admitted Pro Hac Vice)*
Akin Bump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
fspillman@akingump.com
dapplebaum@akingump.com
croush@akingump.com

    Attorneys for Defendants
    HAWAIIAN ELECTRIC INDUSTRIES, INC.;
    HAWAIIAN ELECTRIC COMPANY, INC.; and
    HAWAII ELECTRIC LIGHT COMPANY, INC.

PAUL ALSTON, ESQ.
Alston Hunt Floyd & Ing
American Savings Bank Tower, Suite 1800
1001 Bishop Street
Honolulu, Hawaii 96813
palston@ahfi.com

KENNETH R. O'ROURKE, ESQ. *(admitted Pro Hac Vice)*
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
korourke@omm.com

    Attorneys for Defendant
    NEXTERA ENERGY, INC.

RAUL A. CAMPILLO, ESQ. *(admitted Pro Hac Vice)*
JAMES PEARL, ESQ. *(admitted Pro Hac Vice)*
SARAH A. PFEIFFER, ESQ. *(admitted Pro Hac Vice)*
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
rcampillo@omm.com
jpearl@omm.com
spfeiffer@omm.com

    Attorneys for Defendant
    NEXTERA ENERGY RESOURCES, LLC

DATED: Honolulu, Hawai'i, March 10, 2017.


                */s/ Joyce Tam-Sugiyama*
                STEVEN M. EGESDAL
                JOYCE TAM-SUGIYAMA

                Attorneys for Defendant
                HAMAKUA ENERGY PARTNERS,
                L.P.