BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER        4750
REX Y. FUJICHAKU           7198
KELLY A. HIGA              9556
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone: (808) 524-5644
Facsimile:  (808) 599-1881
E-mail:    mbronster@bfrhawaii.com
           rfujichaku@bfrhawaii.com
           khiga@bfrhawaii.com

MANATT, PHELPS & PHILLIPS, LLP

STEPHEN S. MAYNE           CA 49631
(*Pro Hac Vice*)
BARRY W. LEE               CA 88685
(*Pro Hac Vice*)
CHRISTIAN E. BAKER         CA 247006
(*Pro Hac Vice*)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile:  (415) 291-7474
E-mail:    smayne@manatt.com
           bwlee@manatt.com
           cbaker@manatt.com

Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC. a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>  Defendants. | CIVIL NO. 16-00634 JMS-KJM<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: PLAINTIFF HU HONUA BIOENERGY, LLC'S INITIAL DISCLOSURES]<br><br><br>No Trial Date Set |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of Plaintiff Hu Honua Bioenergy, LLC's Initial Disclosures was served on the following at their last known addresses:

**Served by Electronic and First-Class Mail:**

| | |
|---|---|
| DAVID M. LOUIE, ESQ. | dml@ksglaw.com |
| JOSEPH A. STEWART, ESQ. | jas@ksglaw.com |
| NICHOLAS R. MONLUX, ESQ. | nrm@ksglaw.com |
| AARON R. MUN, ESQ. | arm@ksglaw.com |

Kobayashi Sugita & Goda, LLP
999 Bishop Street, Suite 2600
Honolulu, HI 96813

    (and)

| | |
|---|---|
| C. FAIRLEY SPILLMAN, ESQ. | fspillman@akingump.com |
| DAVID A. APPLEBAUM, ESQ. | dapplebaum@akingump.com |
| COREY W. ROUSH, ESQ. | croush@akingump.com |

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, and HAWAII ELECTRIC LIGHT COMPANY, INC.

| | |
|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com |

Alston Hunt Floyd & Ing
1001 Bishop Street, Suite 1800
Honolulu, HI 96813

    (and)

| | |
|---|---|
| RAUL A. CAMPILLO, ESQ. | rcampillo@omm.com |
| JAMES PEARL, ESQ. | jpearl@omm.com |
| SARAH A. PFEIFFER, ESQ. | spfeiffer@omm.com |
| KENNETH R. O'ROURKE, ESQ. | korourke@omm.com |

O'Melveny & Myers LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071-2899

Attorneys for Defendant
NEXTERA ENERGY, INC.

| | |
|---|---|
| STEVEN M. EGESDAL, ESQ. | segesdal@carlsmith.com |
| JOYCE TAM-SUGIYAMA, ESQ. | jtam@carlsmith.com |

Carlsmith Ball LLP
1001 Bishop Street, Suite 2100
Honolulu, HI 96813

    (and)

RICHARD SUTTON SNYDER, SR., ESQ.   richard.snyder@freshfields.com
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW; 10th Floor
Washington, DC 20005

Attorney for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

    DATED: Honolulu, Hawai'i, March 10, 2017.

                                                                 /s/ Rex Y. Fujichaku
                                           MARGERY S. BRONSTER
                                           REX Y. FUJICHAKU
                                           KELLY A. HIGA
                                           STEPHEN S. MAYNE (*pro hac vice*)
                                           BARRY W. LEE (*pro hac vice*)
                                           CHRISTIAN E. BAKER (*pro hac vice*)

                                           Attorneys for Plaintiff
                                           HU HONUA BIOENERGY, LLC