Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126 |
| CLAIRE WONG BLACK | 9645 |

1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  palston@ahfi.com
cblack@ahfi.com

KENNETH R. O'ROURKE *[Pro Hac Vice]*
SARAH A. PFEIFFER *[Pro Hac Vice]*
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1800
Los Angeles, CA  90071
Telephone:  (213) 430-6000
Facsimile:  (202) 430-6407
E-mail:  korourke@omm.com
spfeiffer@omm.com

Attorneys for Defendant
NEXTERA ENERGY, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, INC., a Hawaii corporation; HAWAII ELECTRIC | Civil No. 16-00634 JMS-KJM<br><br>**NOTICE OF APPEARANCE OF COUNSEL;** CERTIFICATE OF SERVICE |

982869v1 // 11403-3

| |
|---|
| LIGHT COMPANY, INC., a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>              Defendants. |

## NOTICE OF APPEARANCE OF COUNSEL

CLAIRE WONG BLACK, with the law firm of Alston Hunt Floyd & Ing, hereby gives notice of her appearance as counsel for Defendant NEXTERA ENERGY, INC. in the above-captioned matter, and requests that all future communications be served upon her at the address above.

DATED: Honolulu, Hawai`i, March 12, 2017.

 /s/ CLAIRE WONG BLACK
PAUL ALSTON
CLAIRE WONG BLACK
KENNETH R. O'ROURKE
SARAH A. PFEIFFER

*Attorneys for Defendant*
NEXTERA ENERGY, INC.