IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, INC., a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>Defendants. | Civil No. 16-00634 JMS-KJM<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method(s) of service noted below, a true and accurate copy of the foregoing was served on counsel for all parties who have appeared in this case and who are registered to accept service through CM/ECF:

**Served Electronically through CM/ECF on March 12, 2017:**

MARGERY S. BRONSTER, ESQ.                mbronster@bfrhawaii.com
REX Y. FUJICHAKU, ESQ.                   rfujichaku@bfrhawaii.com
KELLY A. HIGA, ESQ.                      khiga@bfrhawaii.com
**Bronster Fujichaku Robbins**
1003 Bishop Street, Suite 2300
Honolulu, Hawai`i  96813

982869v1 // 11403-3

    and

| | |
|---|---|
| STEPHEN S. MAYNE, ESQ. | smayne@manatt.com |
| BARRY W. LEE, ESQ. | bwlee@manatt.com |
| CHRISTIAN E. BAKER, ESQ. | cbaker@manatt.com |

**Manatt, Phelps & Phillips, LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA  94111

Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC

| | |
|---|---|
| DAVID M. LOUIE, ESQ. | dml@ksglaw.com |
| JOSEPH A. STEWART, ESQ. | jas@ksglaw.com |
| NICHOLAS R. MONLUX, ESQ. | nrm@ksglaw.com |
| AARON R. MUN, ESQ. | arm@ksglaw.com |

**Kobayashi Sugita & Goda, LLP**
999 Bishop Street, Suite 2600
Honolulu, Hawai`i  96813

    and

| | |
|---|---|
| COREY W. ROUSH, ESQ. | croush@akingump.com |
| DAVID A. APPLEBAUM, ESQ. | dapplebaum@akingump.com |
| C. FAIRLEY SPILLMAN, ESQ. | fsplillman@akingump.com |

**Akin Gump Strauss Hauer & Feld LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C.  20036-1564

Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, and HAWAII ELECTRIC LIGHT COMPANY, INC.

| | |
|---|---|
| STEVEN M. EGESDAL, ESQ. | segesdal@carlsmith.com |
| JOYCE W.Y. TAM-SUGIYAMA, ESQ. | jtam@carlsmith.com |

**Carlsmith Ball LLP**
1001 Bishop Street, Suite 2100
Honolulu, Hawai`i  96813

982869v1 // 11403-3

2

and

RICHARD SNYDER, ESQ.
**Freshfields Bruckhaus Deringer**
700 13th Street, NW 10th Floor
Washington, D.C. 20005-3960

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

DATED: Honolulu, Hawai`i, March 12, 2017.

/s/ Claire Wong Black
PAUL ALSTON
CLAIRE WONG BLACK
KENNETH R. O'ROURKE
SARAH A. PFEIFFER

*Attorneys for Defendant*
NEXTERA ENERGY, INC.