Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126 |
| CLAIRE WONG BLACK | 9645 |

1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    palston@ahfi.com
           cblack@ahfi.com

KENNETH R. O'ROURKE *[Pro Hac Vice]*
SARAH A. PFEIFFER *[Pro Hac Vice]*
RAUL A. CAMPILLO *[Pro Hac Vice]*
O'Melveny & Myers LLP
400 South Hope Street, Suite 1800
Los Angeles, CA   90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-mail:     korourke@omm.com
            spfeiffer@omm.com
            rcampillo@omm.com

Attorneys for Defendant
NEXTERA ENERGY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC | Civil No. 16-00634 JMS-KJM<br><br>**DEFENDANT NEXTERA ENERGY, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT;**<br>   *[Caption Continued on Next Page]* |

| | |
|---|---|
| INDUSTRIES, INC., a Hawai`i corporation; HAWAIIAN ELECTRIC COMPANY, INC., a Hawai`i corporation; HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawai`i corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawai`i limited partnership,<br><br>Defendants. | MEMORANDUM IN SUPPORT; DECLARATION OF PAUL ALSTON; APPENDIX; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE<br><br>Trial Date: August 14, 2018<br>Trial Judge:<br>   Honorable J. Michael Seabright |

## DEFENDANT NEXTERA ENERGY, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant NextEra Energy, Inc. ("NextEra"), by and through its attorneys, hereby moves this Court for an order dismissing the First Amended Complaint against NextEra for all the reasons set forth in the accompanying Memorandum in Support.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6), and is based on the supporting memorandum, all pleadings, papers, and documents on file herein, as well as any oral argument presented at the hearing.

DATED: Honolulu, Hawai`i, May 3, 2017.

                    /S/ PAUL ALSTON
                    PAUL ALSTON
                    CLAIRE WONG BLACK
                    KENNETH R. O'ROURKE
                    SARAH A. PFEIFFER
                    RAUL A. CAMPILLO
                    Attorneys for Defendant
                    NEXTERA ENERGY, INC.

986776v2 / 11403 - 3