IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawai`i corporation; HAWAIIAN ELECTRIC COMPANY, INC., a Hawai`i corporation; HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawai`i corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawai`i limited partnership,<br><br>Defendants. | Civil No. 16-00634 JMS-KJM<br><br>**DECLARATION OF PAUL ALSTON** |

## DECLARATION OF PAUL ALSTON

I, PAUL ALSTON, hereby declare as follows:

1. I am a shareholder, officer and director of Alston Hunt Floyd & Ing, counsel for Defendant NextEra Energy, Inc. herein.

2. I make this Declaration in support of Defendant NextEra Energy, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint. This Declaration is based on my personal knowledge. I am competent to testify as to the matters set forth herein.

3. Attached as an Appendix to the Memorandum in Support of the Motion are true and correct copies of (1) excerpts from the HEI-NextEra Agreement and Plan of Merger dated December 3, 2014; and (2) excerpts from the American Bar Association's Model Merger Agreement for the Acquisition of a Public Company.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawai`i, May 3, 2017.

    /s/ PAUL ALSTON
PAUL ALSTON