IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawai`i corporation; HAWAIIAN ELECTRIC COMPANY, INC., a Hawai`i corporation; HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawai`i corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawai`i limited partnership,<br><br>  Defendants. | Civil No. 16-00634 JMS-KJM<br><br>**CERTIFICATE OF COMPLIANCE** |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.5, I hereby certify that the Defendant NextEra Energy, Inc.'s Memorandum in Support of its Motion to Dismiss Plaintiff's First Amended Complaint contains 8,782 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificate of service.  I further certify that the Memorandum complies with the typeface requirements of Local Rule 10.2(a) because it has been prepared

in proportionally spaced typeface using Microsoft Word and in fourteen-point Times New Roman font.

DATED:  Honolulu, Hawai`i, May 3, 2017.

    /s/ Paul Alston
PAUL ALSTON
CLAIRE WONG BLACK
KENNETH R. O'ROURKE
SARAH A. PFEIFFER
RAUL A. CAMPILLO

Attorneys for Defendant
NEXTERA ENERGY, INC.