IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

HU HONUA BIOENERGY, LLC, a Delaware limited liability company,

Plaintiff,

vs.

HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawai`i corporation; HAWAIIAN ELECTRIC COMPANY, INC., a Hawai`i corporation; HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawai`i corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawai`i limited partnership,

Defendants.

Civil No. 16-00634 JMS-KJM

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

**Served Electronically through CM/ECF on May 3, 2017:**

MARGERY S. BRONSTER, ESQ. mbronster@bfrhawaii.com
REX Y. FUJICHAKU, ESQ. rfujichaku@bfrhawaii.com
KELLY A. HIGA, ESQ. khiga@bfrhawaii.com
**Bronster Fujichaku Robbins**
1003 Bishop Street, Suite 2300
Honolulu, Hawai`i 96813
and

STEPHEN S. MAYNE, ESQ. smayne@manatt.com
BARRY W. LEE, ESQ. bwlee@manatt.com
CHRISTIAN E. BAKER, ESQ. cbaker@manatt.com
**Manatt, Phelps & Phillips, LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA 94111

Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC

DAVID M. LOUIE, ESQ. dml@ksglaw.com
JOSEPH A. STEWART, ESQ. jas@ksglaw.com
NICHOLAS R. MONLUX, ESQ. nrm@ksglaw.com
AARON R. MUN, ESQ. arm@ksglaw.com
**Kobayashi Sugita & Goda, LLP**
999 Bishop Street, Suite 2600
Honolulu, Hawai`i 96813
and

COREY W. ROUSH, ESQ. croush@akingump.com
DAVID A. APPLEBAUM, ESQ. dapplebaum@akingump.com
C. FAIRLEY SPILLMAN, ESQ. fsplillman@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036-1564

Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, and HAWAII ELECTRIC LIGHT COMPANY, INC.

STEVEN M. EGESDAL, ESQ. segesdal@carlsmith.com
JOYCE W.Y. TAM-SUGIYAMA, ESQ. jtam@carlsmith.com
**Carlsmith Ball LLP**
1001 Bishop Street, Suite 2100
Honolulu, Hawai`i 96813
and
RICHARD SNYDER, ESQ.
**Freshfields Bruckhaus Deringer**
700 13th Street, NW 10th Floor
Washington, D.C. 20005-3960

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

DATED: Honolulu, Hawai`i, May 3, 2017.

/S/ PAUL ALSTON
PAUL ALSTON
CLAIRE WONG BLACK
KENNETH R. O'ROURKE
SARAH A. PFEIFFER
RAUL A. CAMPILLO

Attorneys for Defendant
NEXTERA ENERGY, INC.