

Barry W. Lee
Manatt, Phelps & Phillips, LLP
Direct Dial: (415) 291-7450
E-mail: BWLee@manatt.com

May 15, 2017

Honorable J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Boulevard, Room C338
Honolulu, HI 96850

Re:   *Hu Honua Bioenergy, LLC. v. Hawaiian Electric Industries, Inc., et al.*,
       Civil No. 1:16-CV-00634 JMS-KJM

Dear Judge Seabright:

Together with Bronster Fujichaku Robbins, we represent Hu Honua Bioenergy, LLC, plaintiff in the above matter ("Hu Honua"). We were about to submit this letter when we received Your Honor's May 15, 2017 minute order (ECF. No. 77) granting the request made in the May 12, 2017 letter from David Louie, counsel for Hawaiian Electric Industries, Inc. ("HEI"), Hawaiian Electric Company, Inc. ("HECO"), and Hawaii Electric Light Company, Inc. ("HELCO") (collectively, "Hawaiian Electric Defendants"), to continue the hearing on the Motion to Compel Arbitration and Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction and/or Stay Proceedings Pending Completion of Arbitration ("Motion"), previously scheduled for May 22, 2017 at 10:00 am, to August 7, 2017 at 11:00 am (ECF No. 76). Understanding that Your Honor has ruled, Hu Honua nonetheless submits this letter, as Judge Mansfield requested during our May 12, 2017 conference call, solely for the purpose of setting forth our position as to why we preferred that the hearing go forward as scheduled on May 22, 2017. We understand that the hearing will now proceed on August 7, 2017.

The May 9, 2017 Amended and Restated Power Purchase Agreement ("Amended PPA") between Hu Honua and HELCO, referenced in Mr. Louie's May 12, 2017 correspondence, is conditioned on Hu Honua and the Hawaiian Electric Defendants signing a Settlement Agreement on or before June 20, 2017. In turn, that Settlement Agreement will be conditioned on the Hawai'i Public Utilities Commission's ("PUC") final, non-appealable approval of the Amended PPA by no later than July 3, 2017. The July 3, 2017 date is critically important as Hu Honua must begin to ramp-up construction of its facility in July so that construction can be completed and the plant operational no later than December 2018.

The conditional settlement between Hu Honua and the Hawaiian Electric Defendants will not resolve Hu Honua's substantial claims against Defendants NextEra Energy, Inc. ("NextEra") or Hamakua Energy Partners, L.P. ("HEP"). Pursuant to Judge Mansfield's March 16, 2017

**manatt**
manatt | phelps | phillips

Honorable J. Michael Seabright
May 15, 2017
Page 2

Order, trial in this matter is scheduled for August 14, 2018, and all discovery, including Rule 26 initial disclosures, is stayed pending resolution of the Motion (ECF No. 61). In addition, pursuant to the Second Stipulation Extending Time for [Defendants] to Respond to First Amended Complaint, and Stipulation Regarding Sequencing of Motions (ECF No. 28), Defendants' time to respond to the First Amended Complaint has been extended to twenty-one (21) days following resolution of the Motion. Put simply, we remain concerned that continuing the May 22, 2017 hearing date on the Motion will cause further substantial delay in Hu Honua's prosecution of its claims against NextEra and HEP. And while Hu Honua and the Hawaiian Electric Defendants are working cooperatively to secure PUC approval of the Amended PPA by July 3, 2017, if such approval is not obtained, Hu Honua will also be prejudiced by the delay in prosecuting its claims against the Hawaiian Electric Defendants.

     Briefing on the Motion is complete. And while neither NextEra nor HEP are entitled to arbitration, delaying resolution of the Motion means that Hu Honua cannot pursue its claims against those parties. Nonetheless, we understand that the hearing on the Motion will proceed on August 7, 2017.

Respectfully submitted,

Barry W. Lee

cc:	All Counsel