CARLSMITH BALL LLP

| | |
|---|---|
| STEVEN M. EGESDAL | 4511 |
| IAN L. SANDISON | 5597 |
| JOYCE W. Y. TAM-SUGIYAMA | 10325 |

ASB Tower, Suite 2100
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
segesdal@carlsmith.com
isandison@carlsmith.com
jtam@carlsmith.com

FRESHFIELDS BRUCKHAUS DERINGER US LLP

RICHARD S. SNYDER, SR. [*Pro Hac Vice*]
700 13th Street, NW; 10th Floor
Washington, DC 20005
richard.snyder@freshfields.com

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT | CIVIL NO.  16-00634 JMS-KJM<br><br>DEFENDANT HAMAKUA ENERGY PARTNERS, L.P.'S NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE |

2.

COMPANY, INC., a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,

    Defendants.

### DEFENDANT HAMAKUA ENERGY PARTNERS, L.P.'S NOTICE OF APPEARANCE OF COUNSEL

    PLEASE TAKE NOTICE that attorney, IAN L. SANDISON of Carlsmith Ball LLP, hereby enters his appearance as counsel for Defendant HAMAKUA ENERGY PARTNERS, L.P. ("*HEP*") and requests that all notices given or required to be given and all papers served or required to be served in this case, also be given to and served to:

    IAN L. SANDISON, ESQ.
    Carlsmith Ball LLP
    1001 Bishop Street, Suite 2100
    Honolulu, Hawaii 96813
    Telephone No. (808) 523-2500
    Facsimile No. (808) 523-0842
    isandison@carlsmith.com

    Steven M. Egesdal and Joyce W.Y. Tam-Sugiyama of Carlsmith Ball LLP and Richard S. Snyder, Sr. of Freshfields Bruckhaus Deringer US LLP shall continue as co-counsel of record for HEP.

3.

DATED: Honolulu, Hawai'i, May 17, 2017.

/s/ IAN L. SANDISON
STEVEN M. EGESDAL
IAN L. SANDISON
JOYCE W.Y. TAM-SUGIYAMA
RICHARD S. SNYDER, SR.

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS,
L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC., a Delaware limited liability company,<br><br>        Plaintiff,<br><br>        vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>        Defendants. | CIVIL NO.  16-00634 JMS-KJM<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a copy of the foregoing document was duly served on the following parties via CM/ECF:

    MARGERY S. BRONSTER, ESQ.
    REX Y. FUJICHAKU, ESQ.
    KELLY A. HIGA, ESQ.
    Bronster Fujichaku Robbins
    1003 Bishop Street, Suite 2300
    Honolulu, Hawai'i 96813
    mbronster@bfrhawaii.com
    rfujichaku@bfrhawaii.com
    khiga@bfrhawaii.com

STEPHEN S. MAYNE *(Admitted Pro Hac Vice)*
BARRY W. LEE, ESQ. *(Admitted  Pro Hac Vice)*
CHRISTIAN E. BAKER, ESQ. *(Admitted Pro Hac Vice)*
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
smayne@manatt.com
cbaker@manatt.com
bwlee@manatt.com
> Attorneys for Plaintiff
> HU HONUA BIOENERGY, LLC

DAVID M. LOUIE, ESQ.
JOSEPH A. STEWART, ESQ.
NICHOLAS R. MONLUX, ESQ.
AARON R. MUN, ESQ.
Kobayashi Sugita & Goda, LLP
First Hawaiian Center, Suite 2600
Honolulu, Hawai'i 96813
dml@ksglaw.com
jas@ksglaw.com
nrm@ksglaw.com
arm@ksglaw.com

C. FAIRLEY SPILLMAN, ESQ. *(Admitted Pro Hac Vice)*
DAVID A. APPLEBAUM, ESQ. *(Admitted Pro Hac Vice)*
COREY W. ROUSH, ESQ. *(Admitted Pro Hac Vice)*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
fspillman@akingump.com
dapplebaum@akingump.com
croush@akingump.com
> Attorneys for Defendants
> HAWAIIAN ELECTRIC INDUSTRIES, INC.;
> HAWAIIAN ELECTRIC COMPANY,; and
> HAWAII ELECTRIC LIGHT COMPANY, INC.

3.

PAUL ALSTON, ESQ.
CLAIRE WONG BLACK
Alston Hunt Floyd & Ing
American Savings Bank Tower, Suite 1800
1001 Bishop Street
Honolulu, Hawai'i 96813
palston@ahfi.com
cblack@ahfi.com

KENNETH R. O'ROURKE, ESQ. *(Admitted Pro Hac Vice)*
SARAH A. PFEIFER, ESQ.  (Admitted *Pro Hac Vice*)
O'Melveny & Myers LLP
400 S. Hope Street, Suite 1800
Los Angeles, CA 90071
korourke@omm.com
spfeiffer@omm.com
    Attorneys for Defendant
      NEXTERA ENERGY, INC.

RAUL A. CAMPILLO, ESQ. *(Admitted Pro Hac Vice)*
JAMES PEARL, ESQ. *(Admitted Pro Hac Vice)*
SARAH A. PFEIFFER, ESQ. *(Admitted Pro Hac Vice)*
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
rcampillo@omm.com
jpearl@omm.com
spfeiffer@omm.com
    Attorneys for Defendant
      NEXTERA ENERGY RESOURCES, LLC

4.

DATED: Honolulu, Hawaii, May 17, 2017.

/s/ IAN L. SANDISON
STEVEN M. EGESDAL
IAN L. SANDISON
JOYCE W.Y. TAM-SUGIYAMA
RICHARD S. SNYDER, SR.

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS, L.P.