BRONSTER FUJICHAKU ROBBINS
A Law Corporation

MARGERY S. BRONSTER 4750
REX Y. FUJICHAKU 7198
KELLY A. HIGA 9556
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bfrhawaii.com
rfujichaku@bfrhawaii.com
khiga@bfrhawaii.com

MANATT, PHELPS & PHILLIPS, LLP

STEPHEN S. MAYNE CA 49631
(*Pro Hac Vice*)
BARRY W. LEE CA 88685
(*Pro Hac Vice*)
CHRISTIAN E. BAKER CA 247006
(*Pro Hac Vice*)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
E-mail: smayne@manatt.com
bwlee@manatt.com
cbaker@manatt.com

Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

HU HONUA BIOENERGY, LLC, a Delaware limited liability company,

Plaintiff,

vs.

HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC. a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,

Defendants.

CIVIL NO. 16-00634 JMS-KJM

***EX PARTE* MOTION TO SHORTEN TIME FOR HEARING** ON PLAINTIFF'S MOTION TO LIFT DISCOVERY STAY AND REQUIRING RESPONSE TO FIRST AMENDED COMPLAINT [DKT. NO. 89]; DECLARATION OF KELLY A. HIGA; EXHIBITS "1"-"3"; PROPOSED ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON MOTION; CERTIFICATE OF SERVICE

Trial Date: August 14, 2018
Trial Judge: J. Michael Seabright

***EX PARTE* MOTION TO SHORTEN TIME FOR HEARING**
ON PLAINTIFF'S MOTION TO LIFT DISCOVERY STAY AND
REQUIRING RESPONSE TO FIRST AMENDED COMPLAINT

Plaintiff Hu Honua Bioenergy, LLC ("Plaintiff" or "Hu Honua"), by and through its attorneys, moves this Honorable Court, *ex parte*, for an order shortening the time for hearing on Plaintiff's Motion to Lift Discovery Stay and Requiring Response to First Amended

Complaint, that is being filed on May 30, 2017 [Dkt. No. 89] ("Motion to Lift Stay").

Plaintiff respectfully requests an expedited hearing on the Motion to Lift Stay, filed May 30, 2017, as soon as practicable and before August 7, 2017, to avoid prejudice to Plaintiff as explained in the accompanying declaration.

This *ex parte* motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 6.2 of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, and is supported by the accompanying declaration of counsel and exhibits, and the record and files of this case.

DATED: Honolulu, Hawaiʻi, May 30, 2017.

/s/ Kelly A. Higa
MARGERY S. BRONSTER
REX Y. FUJICHAKU
KELLY A. HIGA
STEPHEN S. MAYNE (*pro hac vice*)
BARRY W. LEE (*pro hac vice*)
CHRISTIAN E. BAKER (*pro hac vice*)

Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC