## Kelly Higa

| | |
|---|---|
| **From:** | David M. Louie [dml@ksglaw.com] |
| **Sent:** | Wednesday, May 24, 2017 10:34 AM |
| **To:** | Kelly Higa; palston@ahfi.com |
| **Cc:** | Joseph A. Stewart; Nicholas R. Monlux; Aaron Mun; cblack@ahfi.com; Rex Fujichaku; Bailey, Brendan |
| **Subject:** | RE: Hu Honua Bioenergy v. HEI et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Kelly – The Hawaiian Electric Defendants have no objection to having such a motion heard on shortened time. However, we will not agree to having any discovery at all proceed with respect to the Hawaiian Electric Defendants, given the settlement, so we would oppose the motion to the extent that any discovery as to the Hawaiian Electric Defendants might be allowed by either Hu Honua or any other defendants. I also note that you have not consulted the attorneys for Hamakua Energy Partners, so you might want to do that.

David

**From:** Kelly Higa [mailto:khiga@bfrhawaii.com]
**Sent:** Wednesday, May 24, 2017 9:41 AM
**To:** David M. Louie; palston@ahfi.com
**Cc:** Joseph A. Stewart; Nicholas R. Monlux; Aaron Mun; cblack@ahfi.com; Rex Fujichaku
**Subject:** Hu Honua Bioenergy v. HEI et al.

Mr. Louie and Mr. Alston,

I'm following up with the voicemails that I left for you. As I mentioned, Hu Honu is planning on filing a motion to lift the discovery stay and would like to have the motion heard on shortened time. Please let me know if you are generally agreeable to shorten time on the hearing.

Thank you.

Kelly A. Higa
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Tel: (808) 524-5644
Fax: (808) 599-1881
www.bfrhawaii.com

CONFIDENTIAL COMMUNICATION
This e-mail message and any attachments are intended for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this e-mail in error, please immediately notify the sender by replying to this e-mail message or by telephone, delete this e-mail from your computer, and destroy any printed copies. Thank you.

TAX ADVICE:   Under applicable Treasury Regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended or written to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.


EXHIBIT "1"

1

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.