## Kelly Higa

| | |
|---|---|
| **From:** | PAUL Alston [PAlston@ahfi.com] |
| **Sent:** | Wednesday, May 24, 2017 12:29 PM |
| **To:** | Kelly Higa; dml@ksglaw.com |
| **Cc:** | Claire Wong Black; Rex Fujichaku; arm@ksglaw.com; Joseph A. Stewart; nrm@ksglaw.com; Mitch.Ross@nexteraenergy.com; Bob Sendler; korourke@omm.com |
| **Subject:** | Re: Hu Honua Bioenergy v. HEI et al. |

On behalf of NextEra, we see no justification for shortening time. We filed our motion to dismiss early to avoid delays, and that is good enough.

&gt;&gt;&gt; Kelly Higa <khiga@bfrhawaii.com> 5/24/2017 9:41 AM &gt;&gt;&gt;
Mr. Louie and Mr. Alston,

I'm following up with the voicemails that I left for you. As I mentioned, Hu Honu is planning on filing a motion to lift the discovery stay and would like to have the motion heard on shortened time. Please let me know if you are generally agreeable to shorten time on the hearing.

Thank you.

Kelly A. Higa
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Tel: (808) 524-5644
Fax: (808) 599-1881
www.bfrhawaii.com

CONFIDENTIAL COMMUNICATION
This e-mail message and any attachments are intended for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this e-mail in error, please immediately notify the sender by replying to this e-mail message or by telephone, delete this e-mail from your computer, and destroy any printed copies. Thank you.

TAX ADVICE: Under applicable Treasury Regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended or written to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.


EXHIBIT "2"