# Kelly Higa

| | |
|---|---|
| From: | Steven M. Egesdal [segesdal@carlsmith.com] |
| Sent: | Thursday, May 25, 2017 5:38 PM |
| To: | Kelly Higa |
| Cc: | Rex Fujichaku; richard.snyder@freshfields.com; Joyce W.Y. Tam-Sugiyama; Ian L. Sandison |
| Subject: | RE: Hu Honua Bioenergy v. HEI |

Kelly:

Thanks for following up on your request.

HEP will not agree to shorten time for a hearing on Hu Honua's contemplated motion to lift the discovery stay.

Steve 25 May 2017 @ 5:38 pm


**STEVEN M. EGESDAL**
**Partner | Carlsmith Ball LLP**

# Carlsmith Ball LLP
A LIMITED LIABILITY LAW PARTNERSHIP

1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Tel: 808.523.2546  Fax: 808.523.0842
**Honolulu** · Hilo · Kona · Maui · Los Angeles

www.carlsmith.com   Download V-Card


IMPORTANT/CONFIDENTIAL:
This message from the law firm of Carlsmith Ball LLP, A Limited Liability Law Partnership, contains information which may be confidential, privileged, and/or exempt from disclosure under applicable law. If you are not the addressee (or authorized to receive for the addressee), you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you received this message in error, please immediately notify me (the sender) by replying to this email, then promptly destroy the original message. Thank you.

---

**From:** Kelly Higa [mailto:khiga@bfrhawaii.com]
**Sent:** Thursday, May 25, 2017 4:32 PM
**To:** Steven M. Egesdal
**Cc:** Rex Fujichaku
**Subject:** RE: Hu Honua Bioenergy v. HEI

Mr. Egesdal,

I'm following up with my request below regarding shortening time on hearing for our motion to lift the discovery stay. Please let me know HEP's position.

Thank you.

EXHIBIT "3"

1

Kelly A. Higa
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Tel: (808) 524-5644
Fax: (808) 599-1881
www.bfrhawaii.com

CONFIDENTIAL COMMUNICATION
This e-mail message and any attachments are intended for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this e-mail in error, please immediately notify the sender by replying to this e-mail message or by telephone, delete this e-mail from your computer, and destroy any printed copies. Thank you.

TAX ADVICE: Under applicable Treasury Regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended or written to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

---

**From:** Kelly Higa
**Sent:** Wednesday, May 24, 2017 9:27 AM
**To:** 'segesdal@carlsmith.com'
**Cc:** Rex Fujichaku
**Subject:** Hu Honua Bioenergy v. HEI

Mr. Egesdal,

As we discussed, Hu Honu is planning on filing a motion to lift the discovery stay and would like to have the motion heard on shortened time. Please let me know if HEP is generally agreeable to shorten time on the hearing.

Thank you.

Kelly A. Higa
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Tel: (808) 524-5644
Fax: (808) 599-1881
www.bfrhawaii.com

CONFIDENTIAL COMMUNICATION
This e-mail message and any attachments are intended for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this e-mail in error, please immediately notify the sender by replying to this e-mail message or by telephone, delete this e-mail from your computer, and destroy any printed copies. Thank you.

TAX ADVICE: Under applicable Treasury Regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended or written to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.