IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HU HONUA BIOENERGY, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaii corporation; HAWAIIAN ELECTRIC COMPANY, a Hawaii corporation; HAWAII ELECTRIC LIGHT COMPANY, INC. a Hawaii corporation; NEXTERA ENERGY, INC., a Florida corporation; HAMAKUA ENERGY PARTNERS, L.P., a Hawaii limited partnership,<br><br>　　　　　　　Defendants. | CIVIL NO. 16-00634 JMS-KJM<br><br>PROPOSED ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO LIFT DISCOVERY STAY AND REQUIRING RESPONSE TO FIRST AMENDED COMPLAINT [DKT. NO. 89] |

## PROPOSED ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON MOTION

The Court having considered the *Ex* Parte Motion To Shorten Time for Hearing on Plaintiff's Motion to Lift Discovery Stay and Requiring Response To First Amended Complaint, [Dkt. No. 89] Filed May 30, 2017, and good cause appearing therefor,

IT IS HEREBY ORDERED that the *Ex* Parte Motion is GRANTED.

DATED: Honolulu, Hawaiʻi, _____, 2017.

---

*Hu Honua Bioenergy, LLC v. Hawaiian Electric Industries, Inc., et al.,* Civil No. 16-00634 HMS-KJM in the United States District Court for the District of Hawaii; PROPOSED ORDER GRANTING *EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO LIFT DISCOVERY STAY AND REQUIRING RESPONSE TO FIRST AMENDED COMPLAINT [DKT. NO. 89]*