## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

**Served Electronically through CM/ECF on May 31, 2017:**

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ. | mbronster@bfrhawaii.com |
| REX Y. FUJICHAKU, ESQ. | rfujichaku@bfrhawaii.com |
| KELLY A. HIGA, ESQ. | khiga@bfrhawaii.com |

**Bronster Fujichaku Robbins**
1003 Bishop Street, Suite 2300
Honolulu, Hawai`i  96813

    and

| | |
|---|---|
| STEPHEN S. MAYNE, ESQ. | smayne@manatt.com |
| BARRY W. LEE, ESQ. | bwlee@manatt.com |
| CHRISTIAN E. BAKER, ESQ. | cbaker@manatt.com |

**Manatt, Phelps & Phillips, LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA  94111

Attorneys for Plaintiff
HU HONUA BIOENERGY, LLC

| | |
|---|---|
| DAVID M. LOUIE, ESQ. | dml@ksglaw.com |
| JOSEPH A. STEWART, ESQ. | jas@ksglaw.com |
| NICHOLAS R. MONLUX, ESQ. | nrm@ksglaw.com |
| AARON R. MUN, ESQ. | arm@ksglaw.com |

**Kobayashi Sugita & Goda, LLP**
999 Bishop Street, Suite 2600
Honolulu, Hawai`i  96813

    and

989334v1 / 11403 - 3

| | |
|---|---|
| COREY W. ROUSH, ESQ. | croush@akingump.com |
| DAVID A. APPLEBAUM, ESQ. | dapplebaum@akingump.com |
| C. FAIRLEY SPILLMAN, ESQ. | fsplillman@akingump.com |

**Akin Gump Strauss Hauer & Feld LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036-1564

Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIES,
INC., HAWAIIAN ELECTRIC COMPANY,
and HAWAII ELECTRIC LIGHT
COMPANY, INC.

| | |
|---|---|
| STEVEN M. EGESDAL, ESQ. | segesdal@carlsmith.com |
| JOYCE W.Y. TAM-SUGIYAMA, ESQ. | jtam@carlsmith.com |

**Carlsmith Ball LLP**
1001 Bishop Street, Suite 2100
Honolulu, Hawai`i 96813

    and

RICHARD SNYDER, ESQ.
**Freshfields Bruckhaus Deringer**
700 13th Street, NW 10th Floor
Washington, D.C. 20005-3960

Attorneys for Defendant
HAMAKUA ENERGY PARTNERS, L.P.

    DATED: Honolulu, Hawai`i, May 31, 2017.

                                             /s/ Paul Alston
                                            PAUL ALSTON
                                            CLAIRE WONG BLACK
                                            KENNETH R. O'ROURKE
                                            SARAH A. PFEIFFER
                                            RAUL A. CAMPILLO
                                            Attorneys for Defendant
                                            NEXTERA ENERGY, INC.