

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

ASB TOWER, SUITE 2100
1001 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE 808.523.2500   FAX 808.523.0842
WWW.CARLSMITH.COM

DIRECT DIAL NO.
808.523.2546

SEGESDAL@CARLSMITH.COM

OUR REFERENCE NO.:
052656-19

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 01 2017
2:10 pm
DISTRICT OF HAWAII

June 1, 2017

**VIA HAND DELIVERY**

The Honorable Kenneth J. Mansfield
United States District Court
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 01 2017
at 2 o'clock and 10 min. P.M.
SUE BEITIA, CLERK

Re: *Hu Honua Bioenergy, LLC vs. Hawaiian Electric Industries, Inc., et al.*;
    Civil No. 16-00634 JMS-KJM

Dear Judge Mansfield:

We write on behalf of our client, Defendant Hamakua Energy Partners ("**HEP**"), in response to Plaintiff's Motion to Lift Discovery Stay and Requiring Response to First Amended Complaint [Dkt. No. 89] and *Ex Parte* Motion to Shorten Time for Hearing on Plaintiff's Motion to Lift Discovery Stay and Requiring Response to First Amended Complaint [Dkt. No. 90] in the above-captioned matter.

HEP will file its motion to dismiss this week and Hu Honua's request that the Court order HEP to file a motion to dismiss is therefore superfluous. This is consistent with our statements to the Court during the Settlement Conference process and is exactly what we told counsel for Plaintiff last week. Indeed, in a call last week with Ms. Bronster we informed her that we would be filing this week and that we would seek Hu Honua's support for moving the Motion to Dismiss hearing up modestly to accommodate Counsel's long-standing vacation that begins August 7. We did not hear from Hu Honua again before it filed the above-referenced motion.

We will file our motion to dismiss on Friday and will then formally ask the Court to move the hearing to an earlier date convenient to all parties.

Sincerely,

Steven M. Egesdal

SME/mrc

cc:   All Counsel of Record

4840-8526-7785.1

HONOLULU   ·   HILO   ·   KONA   ·   MAUI   ·   LOS ANGELES

SME

CARLSMITH BALL LLP

POST OFFICE BOX 656
HONOLULU, HAWAII 96809-0656

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 01 2017
2:10 pm
DISTRICT OF HAWAII

The Honorable Kenneth J. Mansfield
United States District Court
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii