# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:16-CV-00634-JMS-KJM |
| CASE NAME: | Hu Honua Bioenergy, LLC v. Hawaiian Electric Industries, Inc. |
| ATTYS FOR PLA: | Barry W. Lee<br>Margery S. Bronster |
| ATTYS FOR DEFT: | David M. Louie<br>Joseph A. Stewart<br>Claire Wong Black<br>Kenneth R. O'Rourke, *by telephone*<br>Joyce W. Y. Tam-Sugiyama<br>Ian L. Sandison<br>Richard Sutton Snyder |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - No Record |
| DATE: | 06/30/2017 | TIME: | 10:30 - 10:35 |

COURT ACTION: EP:   STATUS CONFERENCE  held.

Discussion held.

*Submitted by: Bernie Aurio, Courtroom Manager*